GEORGE ANDREWS v. STATE.

No. A-486. Opinion Filed March 21, 1911.

Appeal from Jefferson County Court; G. M. Bond, Judge.

George Andrews was convicted for violating the prohibitory law, and appeals. Appeal dismissed.

J. H. Harper, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The appeal in this case was filed with the clerk of this court on the 14th day of December, 1909. The county court of Jefferson county, on the 8th day of November, 1909, made an order extending the time within which to make and serve case-made, and fixed the time for filing the appeal in this court at sixty days from the 4th day of October, 1909. The appeal not having been filed until after the expiration of the time allowed by the court, we are without jurisdiction to consider it, and under repeated holdings it will have to be dismissed, and it is so ordered.

FRANK SPARKS v. STATE.

No. A-487. Opinion Filed March 21, 1911.

Appeal from Jefferson County Court, G. M. Bond, Judge.

Frank Sparks was convicted of violating the prohibitory law, and appeals Appeal dismissed.

J. H. Harper, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. This is a case appealed by case-made and transcript from the county court of Jefferson county. The case-made, with petition in error, was filed in this court on the 14th day of December, 1909. The county judge of Jefferson county, on the 8th day of November, 1909, gave the plaintiff in error ten days from that date to perfect his case-made, and at the same time made an order that the appeal should be filed in this court within sixty days from the 4th day of October. This would have required the filing of the appeal on or before the 3rd day of December, 1909. The appeal not having been filed within the time allowed, this court has no jurisdiction to consider it. It is therefore dismissed.